UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

KIMBERLY CARRIGAN,

        Plaintiff,

v.

        Case No. 22-cv-1084-pp

ARCHDIOCESE OF MILWAUKEE,

        Defendant.

---

## ORDER DISMISSING CASE

---

The parties filed a Stipulation for Dismissal. Dkt. No. 31. The court **APPROVES** the stipulation and **ORDERS** that this case is **DISMISSED WITH PREJUDICE** in its entirety, on the merits and without costs to either party.

Dated in Milwaukee, Wisconsin this 20th day of February, 2024.

        **BY THE COURT:**

        _____
        **HON. PAMELA PEPPER**
        **Chief United States District Judge**